
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON D. PRUITT                                                                                PLAINTIFF

v.                                          No. 1:14-cv-68-DPM

NEWPORT SPECIAL SCHOOL DISTRICT,
A Public Body Corporate; LARRY BENNETT,
PhD, In his Individual and Official Capacities
as School Superintendent; and DENNIS HAIGWOOD;
LOFTIN KENT; LEROY MANSKO; LINDA MILLER;
JEFF RUTLEDGE; EDDIE COOLEY; and BILLY
INMAN, All In their Individual and Official Capacities
as Members of the Board of Education for the Newport
Special School District, a Public Body Corporate                    DEFENDANTS

## ORDER

The Court appreciates the tentative agreement to participate in a settlement conference after the clean-up discovery. Unless some party objects before 10 August 2016, the Court will make the referral for a December conference with Magistrate Judge Kearney.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 July 2016