IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON D. PRUITT                                                    PLAINTIFF

v.                          No. 1:14-cv-68-DPM

NEWPORT SPECIAL SCHOOL DISTRICT,
A Public Body Corporate; LARRY BENNETT,
PhD, In his Individual and Official Capacities
as School Superintendent; and DENNIS HAIGWOOD,
LOFTIN KENT, LEROY MANSKO, LINDA MILLER,
JEFF RUTLEDGE, EDDIE COOLEY, and BILLY
INMAN, all in their Individual and Official Capacities
as Members of the Board of Education for the Newport
Special School District, a Public Body Corporate        DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2017